UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF SHORELINE,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION and SEAN DUFFY, in his official capacity as the Secretary of Transportation,<br><br>Defendants - Appellants. | No. 26-5552<br><br>D.C. No.<br>2:26-cv-01311-BJR<br>Western District of Washington, Seattle<br><br>ORDER |

The unopposed motion (Docket Entry No. 6) to stay appellate proceedings is granted. Proceedings in this appeal are stayed pending issuance of the mandate in *County of King, et al. v. Turner, et al.* (No. 25-3664).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT